## STATE OF NEW JERSEY IN THE INTEREST OF G. T., J. V. B., AND G. D.

Argued January 10, 1978—Decided February 1, 1978.

*Ms. Andrea R. Grundfest,* Assistant Prosecutor, argued the cause for appellant State of New Jersey (*Mr. Joseph P. Lordi,* Essex County Prosecutor, attorney).

*Mr. Stanford M. Singer,* Assistant Deputy Public Defender, argued the cause for respondents (*Mr. Stanley C. Van Ness,* Public Defender, attorney).

*Mr. Wayne J. Martorelli,* Deputy Attorney General, argued the cause for amicus curiae Attorney General (*Mr. William F. Hyland,* Attorney General of New Jersey, attorney).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed in the opinion of the Appellate Division, 143 *N. J. Super.* 73.

*For affirmance*—Chief Justice HUGHES, Justices SULLIVAN, PASHMAN, CLIFFORD, SCHREIBER and HANDLER and Judge CONFORD—7.

*For reversal*—None.